UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Allison Alt,<br><br>    Plaintiff,<br><br>  -against-<br><br>Social Impact 360, Inc.<br><br>and<br><br>Thomas Raffa,<br><br>    Defendants. | Case No. 1:20-cv-04478 |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties having fully and finally resolved this dispute, the above-captioned action is hereby dismissed with prejudice. The parties are to bear their own costs.

Dated: October 27, 2020

| SLARSKEY, LLC | VEDDER PRICE P.C. |
|---|---|
| By: /s/ Renee Bea<br> Renee Bea (Bar No. 4411054) | By: /s/ Joshua Dunn<br> Joshua Dunn (Bar No. 5518477) |
| Attorney for Plaintiff<br>Slarskey, LLC<br>420 Lexington Avenue, Suite 2525<br>New York, NY 10170<br>(212) 658-0661 | Attorney for Defendants<br>Vedder Price, P.C.<br>1633 Broadway, 31st Floor<br>New York, NY 10019<br>(212) 407-7791 |

SO ORDERED:

_____
HON. EDGARDO RAMOS, U.S.D.J.                          Date

VP/#40578134.1