# Exhibit 3

Expense and Attorney Time Detailed Entries
Matter: *Alt v. Social Impact 360, Inc., et al.,* Case No. 1:20-cv-04478

| Date | Attorney | Hours | Description | Cost ($) |
|---|---|---|---|---|
| 6/11/20 | EXPENSE | n/a | Copying charges for copy of Waiver of Summons and Complaint to Defendants. | $17.23 |
| 6/11/20 | EXPENSE | n/a | Complaint filing fee. | $400.00 |
| 6/15/20 | EXPENSE | n/a | FedEx charge - Complaint to Judge. | $20.10 |
| 8/26/20 | EXPENSE | n/a | Service fees - Invoice 1445594 | $1,163.00 |
| 5/19/20 | Renee Bea | 1.8 | Prepare demand letter to Board regarding backpay; Confer with A. Alt regarding same. | |
| 5/26/20 | Renee Bea | 2.7 | Confer A. Alt regarding payment issued on May 22, and strategy going forward; Prepare Alt Complaint for wage violations. | |
| 5/28/20 | Renee Bea | 4 | Prepare federal complaint against SI360 for wage and hour claims. | |
| 5/29/20 | Evan Fried | 1.5 | Draft complaint. | |
| 5/29/20 | Renee Bea | 3.3 | Continue preparing federal complaint on wage and hour claims; Call w/ A. Alt regarding fact questions for complaint. | |
| 6/1/20 | Evan Fried | 1.3 | Review proposed response to T. Raffa. Revise complaint. Call with R. Bea re revisions to Complaint. Review R. Bea's revisions to Complaint. | |
| 6/1/20 | Renee Bea | 5.4 | Prepare correspondence on behalf of Alt; Prepare Complaint. | |
| 6/2/20 | Renee Bea | 3.7 | Continue preparing Complaint, and conduct research regarding same. | |
| 6/3/20 | Renee Bea | 5.4 | Continue preparing Complaint, and conduct research regarding same. | |
| 6/3/20 | Tyler Kamperschroer | 1 | Researched employer retaliation under the Fair Labor Standards Act. | |

| | | | | |
|---|---|---|---|---|
| 6/4/20 | Renee Bea | 3.1 | Continue preparing Complaint, and conduct research regarding same; Correspondence with A. Alt regarding damages questions; Confer with A. Alt regarding correspondence to T. Raffa. | |
| 6/5/20 | Renee Bea | 1 | Confer A. Alt regarding Draft Complaint. | |
| 6/6/20 | Renee Bea | 1.8 | Review and revise Complaint in light of Alt comments and proposed edits. | |
| 6/9/20 | Renee Bea | 2.5 | Review and revise Complaint in light of Alt comments and proposed edits. | |
| 6/10/20 | Evan Fried | 0.5 | Review draft of complaint. Provide comments. | |
| 6/10/20 | Renee Bea | 1.4 | Review and revise Complaint in light of Alt comments and proposed edits; Call with A. Alt regarding damages analysis and revisions to the Complaint. | |
| 6/11/20 | Evan Fried | 0.9 | Review complaint. Calls with R. Bea re filing and service requirements in S.D.N.Y. | |
| 6/11/20 | Renee Bea | 5.5 | Prepare Complaint for filing; File Complaint and related documents; Prepare correspondence regarding same. | |
| 6/12/20 | Renee Bea | 0.5 | Send Waiver of Summons and related correspondence to Defendants; Confer A. Alt regarding same. | |
| 7/15/20 | Evan Fried | 0.3 | Call with R. Bea re service. Review emails re case. | |
| 7/15/20 | Renee Bea | 1.1 | Confer with A. Alt regarding correspondence from T. Raffa; Prepare and request revised summons for home addresses and agent for service of process. | |
| 7/17/20 | Renee Bea | 0.5 | Prepare Service Packet and Serve Complaint. | |
| 7/21/20 | Renee Bea | 0.5 | Call with A. Alt regarding strategy. | |
| 7/22/20 | Renee Bea | 1 | Review A. Alt proposed letter to the Board of Directors; Review and revise litigation hold. | |

| | | | | |
|---|---|---|---|---|
| 7/22/20 | Evan Fried | 0.6 | Prepare litigation hold for board of directors. | |
| 7/23/20 | Evan Fried | 1.9 | Call with R. Bea. Review emails with board. Call with A. Alt. Review proposed email to board. | |
| 7/23/20 | Renee Bea | 1.2 | Correspondence with A. Alt regarding Board communication; Call with A. Alt, E. Fried regarding Board of Directors communications and litigation hold. | |
| 7/24/20 | Renee Bea | 0.3 | Confer with A. Alt regarding Board response to correspondence and service issues. | |
| 7/25/20 | Renee Bea | 0.2 | Correspondence with Service of Process vendor. | |
| 7/27/20 | Evan Fried | 1.2 | Discuss outstanding issues with R. Bea. Call with Marcum. Draft litigation hold to Marcum. Email to client. Send litigation hold to Marcum and board. | |
| 7/28/20 | Evan Fried | 0.7 | Call with A. Alt. | |
| 7/28/20 | Renee Bea | 1 | Call with A. Alt regarding case update; | |
| 7/29/20 | Renee Bea | 0.2 | Review paystub in connection with payment from Social Impact 360 and advise Alt regarding same. | |
| 8/1/20 | Renee Bea | 0.4 | Prepare response to correspondence from counsel regarding case resolution. | |
| 8/3/20 | Evan Fried | 0.3 | Review correspondence with counsel for defendants. | |
| 8/3/20 | Renee Bea | 0.3 | Correspondence with opposing counsel regarding service and deadlines. | |
| 8/4/20 | Evan Fried | 0.3 | Call with R. Bea re call with opposing counsel. | |
| 8/4/20 | Renee Bea | 1.5 | Call with opposing counsel regarding settlement and call with A. Alt regarding same. | |
| 8/17/20 | Renee Bea | 0.5 | Correspondence with A. Alt regarding unemployment benefits; Prepare correspondence to opposing counsel regarding confirmation of Alt's employment status. | |

| 8/27/20 | Renee Bea | 1.6 | Prepare response letter to A. Best regarding settlement. | |
| 8/31/20 | Renee Bea | 0.3 | Confer A. Alt regarding health insurance status and communication to A. Bess. | |
| 9/15/20 | Renee Bea | 0.6 | Legal research regarding potential outcomes on payment of wages; Prepare response to Raffa's counsel. | |
| 9/16/20 | Renee Bea | 0.1 | Confer with A. Alt regarding settlement. | |
| 9/17/20 | Renee Bea | 0.2 | Correspondence with opposing counsel. | |
| 9/18/20 | Renee Bea | 2.4 | Call with A. Alt regarding settlement strategy; Call with A. Bess regarding settlement; Prepare summary of call for A. Alt. | |
| 9/21/20 | Renee Bea | 0.7 | Call with A. Alt regarding settlement strategy and preparing offer of settlement. | |
| 9/23/20 | Renee Bea | 1.1 | Call w/ A. Alt; Correspondence with A. Bess regarding unemployment notice; Prepare Settlement Proposal. | |
| 9/25/20 | Renee Bea | 1.2 | Call wit A. Bess regarding settlement counterproposal and additional terms; Call with A. Alt regarding same. | |
| 9/28/20 | Renee Bea | 0.3 | Confer A. Bess regarding stipulation to extend deadline for filing Answer; Review draft term sheet; Correspondence with A. Alt regarding same. | |
| 9/29/20 | Renee Bea | 0.9 | Teleconference with A. Alt regarding term sheet; Review and revise term sheet. | |
| 9/30/20 | Renee Bea | 1.3 | Prepare correspondence to A. Bess; Teleconference with A. Bess regarding term sheet; Review and revise term sheet. | |
| 10/1/20 | Renee Bea | 1 | Review and revise term sheet; Call with A. Alt regarding same. | |
| 10/9/20 | Renee Bea | 0.5 | Review and revise settlement agreement; Review and revise Consulting Agreement. | |

| 10/12/20 | Renee Bea | 1.9 | Review and revise settlement agreements; Confer A. Alt regarding W2 paperwork; Call with A. Alt regarding settlement. | |
|---|---|---|---|---|
| 10/13/20 | Renee Bea | 0.3 | Review and revise settlement agreements; Confer A. Alt regarding same; Call with A. Bess regarding settlement status and statements. | |
| 10/14/20 | Renee Bea | 1.6 | Negotiate settlement terms and agreements with A. Bess; Correspondence with A. Alt regarding same; Review and revise settlement agreements in light of negotiated points; Correspondence with opposing counsel regarding same. | |
| 10/15/20 | Renee Bea | 0.2 | Correspondence with A. Bess regarding settlement. | |
| 10/16/20 | Renee Bea | 0.5 | Correspondence with A. Alt regarding updates on settlement; Call with A. Alt regarding settlement. | |
| 10/19/20 | Renee Bea | 0.6 | Review proposed joint statements and scripts; Review and revise same. | |
| 10/22/20 | Renee Bea | 0.5 | Review of Settlement Agreement and Consulting Agreement. | |
| 10/27/20 | Renee Bea | 0.2 | Review and revise stipulation of dismissal. | |
| 10/28/20 | Renee Bea | 3.2 | Research FLSA approval requirements in SDNY; Correspondence with A. Bess and A. Alt regarding dismissal and approval of settlement; Prepare letter motion for approval of settlement. | |
| 10/29/20 | Renee Bea | 0.5 | Review and revise Letter Motion for Approval of Settlement; File same. | |